UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| ANTHONY DAVID RUSSELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:23-CV-68-DCP |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Motion for Summary Judgment [**Doc. 13**] is **DENIED**. The Court **AFFIRMS** the decision of the Commissioner. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT